**Order entered March 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00817-CV**

**ANUBIS PICTURES, LLC AND CMA FILMS, LLC, Appellants**

**V.**

**LAUREN SELIG, SHAKE & BAKE PRODUCTIONS,**
**STEPHEN LANNING, AND PHILIP HOBBS, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17579**

**ORDER**
Before Justices Pedersen, III, and Reichek[1]

Anubis Pictures, LLC's motion filed December 23, 2019, seeking (1) the

dismissal of the cross-appeal filed by Lauren Selig and Shake & Bake Productions

---

[1] The Honorable Bill Whitehill, Justice, participated in the oral argument and submission of this case, but not the issuance of this order, which occurred after the expiration of his term on December 31, 2020. *See* TEX. R. APP. P. 41.1(b) ("After argument, if for any reason a member of the panel cannot participate in deciding a case, the case may be decided by the two remaining justices.").

and (2) an award of damages is **DENIED**.

/s/    AMANDA L. REICHEK
JUSTICE